

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00159-CV

IN THE INTEREST OF O.H., A CHILD

§ On Appeal from the 325th District Court

§ of Tarrant County (325-683964-20)

§ September 16, 2021

§ Memorandum Opinion by Justice Birdwell

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
　　　Justice Wade Birdwell